IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RONALD RODGERS (# 14902)                                              PLAINTIFF

v.                                                                   No. 4:06CV37-D-B

CORRECTIONAL MEDICAL SERVICES
DR. JOHN BEARRY, MEDICAL DIRECTOR                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendants' motion for summary judgment is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 15th day of February, 2007.

/s/ Glen H. Davidson
CHIEF JUDGE